Thomas Richie Dollar
　　　PLAINTIFF

RECEIVED
CLERK'S OFFICE
2017 AUG 17 AM 9:50
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

V

TAYLOR County Sheriffs office        Civil #
　　　DEFENDENT

Nature of Action

Employee Taylor County Georgia Jail Officer Mr. Gibson opened my Legal Mail from the Superior Court Clerk of Talbotton GA. Before He hand Delivered it to me Mr. Gibson Cut Open my Legal mail with a Blue Envelope Opener

Date of Action August 10th 2017 Thursday Between The hours of 5:00pm & 6:00pm

Cameras will Show Mr. Gibson Entering B Dorm Coming to Room B164

Evidence Inclosed
#1 The Evelope from the Taylor G Superior Court Clerk Cut Open
#2 Papers from the Taylor Co Inmate hand Book #5

Relief
To Be Given the Sum of $75,000 Seventy Five Thousand Dollars. For the Violation of My Federal Rights

　　　Thomas Richie Dollar