PENNY D. MAHONE
Clerk of Superior Court
Talbot County
P.O. Box 325
Talbotton, Georgia 31827

Thomas Dollar

EVIDENCE #1

↖ CUT OPEN NOT OPENED
↙

August 10th 2017
TAYLOR Co OFFICE GIBSON
OPENED & DELIEVERD MY
LEGAL MAIL 530 to 600PM

I DO NOT hAVE A
Letter Opener.

VIDEO from JAIL B DORM
Shows him GIBSON With
2 BLUE ENVELOPE OPENERS.

#2
EVIDENCE

EVIDENCE TAKIN FROM The TAYLOR County GA JAIL Inmate HANDBOOK

### SECTION 5. MAIL PRIVILEGES

A. Stamps, envelopes, pencils, paper, etc. are available through the commissary.

B. Outgoing mail of inmates addressed to the following will not be opened or otherwise interfered with:

   1) Officials of the federal, state, or local courts.

   2) All federal officials, including the President of the United States, any Senator or Congressman, Officials of any United States Agency or Department; all State Officials, including Governor, members of the State Senate and House of Representatives, and Official of any State Agency or Department.

   3) All members and employees of the State Probation and Parole Boards.

   4) The attorney of record for an inmate in any pending action, civil or criminal.

   5) Any duly constituted local, state or federal court.

   6) Any news media.

C. All other outgoing mail of inmates to any other address will not be interfered with except to open and inspect the same where Jail Officials have reasonable grounds to suspect such communication is an attempt to formulate, devise or otherwise effectuate a plan to escape from the jail. All incoming mail that is not identified as privileged is to be opened and inspected for contraband by the Shift Supervisor/or designee. Incoming non-privileged mail is subject to be read by Jail Officer.

D. Incoming mail or packages from any non-privileged source will be opened and inspected whenever the Jail Officials have reasonable grounds to suspect escape attempts or to discover drugs, weapons, or other material expressly prohibited by state or federal laws or by jail rules.

E. Inmates shall be given notice which describes any materials confiscated or returned and the reason for such action. You may file a grievance concerning any such material.

F. There shall be no restriction placed as the number of letters an inmate may write at his/her own expense or to whom the inmate can write, unless a court has ordered no contact.

OPENED MY LEGAL MAIL FROM THE SUPERIOR COURT CLERK

**JEFF WATSON**
SHERIFF
TAYLOR COUNTY

Taylor County Sheriff's Office Inmate Grievance Form

To: Jail Administrator of the Taylor County Sheriff's Office

Date: **Thursday 8-10-17**   Inmate Name: **Thomas R. Dollar**

RE: I am requesting to resolve the following Informal Grievance, prior to filing a Formal Grievance. The issue is as follows:

Date of the Incident: **Thursday 8-10-17**

Explain the Incident: **Office Gibson entered B-Dorm with my legal mail & cut it open with a blue envelope opener**

Resolution Requested:

Inmate Signature: [signature]   Inmate ID Number: **25304**   Date: **8-11-17**

Informal Grievance forwarded to Jail Administrator _____
Jail Administrator Name

_____   _____
Jail Administrator Signature              Date

Response due back by: _____ Date

Jail Administrator Response/Resolution:
_____
_____
_____
_____

Complaint Resolved: Yes _____   No _____

P.O. BOX 606 • BUTLER, GEORGIA 31006 • PHONE 478-862-5444 • FAX 478-862-3322